James A. Fleming #350479
Mailroom
Kirkland Correctional Institution
4344 Broad River Road
Columbia, S.C. 29210

LEGAL MAIL ONLY

RECEIVED
USDC CLERK, CHARLESTON, SC
2013 DEC -5 A 11:54

RECEIVED
NOV 25 2013
KIRKLAND R&E CENTER
MAILROOM

U.S. District Court
Clerk's Office
901 Richland Street
Columbia, S.C. 29201

ITEM X-RAYED BY: USMS

RECEIVED, COLUMBIA, SC
USDC CLERK, COLUMBIA, SC
2013 DEC -2 PM 4:37

LEGAL MAIL ONLY

150279

9 X 12

THE DEPARTMENT OF CORRECTIONS HAS NOT CENSORED THIS ITEM THEREFORE THE DEPARTMENT DOES NOT ASSUME RESPONSIBILITY FOR ITS CONTENTS.