United States District Court

District of South Carolina

James A. Fleming #150474
Pro Se Plaintiff

V.

Medical Nurse, SCDC
William Brown, Officer SCDC
L. Williams, Officer SCDC
E. Tyler, Officer SCDC
Bernard Mckie, Warden SCDC
Robert Ward, Acting Director
In their individual, and
official capacities,
  Defendants

"Motion for Appointment of Counsel"

Civil Action No. # 9:13-CV-3377-DCN-BM

Pursuant to 28 U.S.C. S° 1915 (E)(1) Plaintiff moves for an order appointing counsel to represent him in this case. In support of the motion, Plaintiff states:

1.) Plaintiff is unable to afford counsel. He has requested leave to proceed in forma pauperis.

2.) Plaintiff imprisonment will greatly limit his ability to litigant. The issues involved in this case are complex, and will require significant research and investigation. Plaintiff has limited access to the law library and limited knowledge of the law. Plaintiff is also in a maximum security segregation with no avenue at adequate research.

3.) A trial in this case will likely involve conflicting testimony, and counsel would better enable Plaintiff to present evidence and cross examine witnesses.

4.) Plaintiff has made repeated efforts to obtain a lawyer. Attached to this motion are letters that I have sent and received from different lawyers. And have wrote many more letters, but with no response.

Whereby, Plaintiff request that the court appoint Tara Dawn Shurling, a member of the South Carolina Bar, as counsel in this case. Or any other that the court deems appropriate.

Dated: November 22, 2013

Respectfully Submitted
s/ James A. Fleming
Pro Se Plaintiff
James A. Fleming #150479
Kirkland Correctional Institution
M S U
4344 Broad River Road
Columbia, South Carolina 29210