United States District Court
District of South Carolina

#150479
James A. Fleming
Pro Se Plaintiff,
v.
Medical Nurse, SCDC
William Brown, officer SCDC
L. Williams, officer SCDC
Bernard Mckie, Warden SCDC
Robert Ward, acting Director
In their individual, and
official capacities,
Defendants,

"Motion for Copies"

Civil Action No. #

RECEIVED
USDC CLERK CHARLESTON, SC
2013 DEC -5  A 11: 54

I would like to request the court, or Clerk of court, to send back copies to me of the exhibits which I have sent with my complaint, because the law library clerk, Rhea-Rogers, here at Kirkland Correctional Institution, and General Counsel, has refused to do so. Stating that I have to have a case number beforehand. I am also sending with this Motion, my return request from her where she states this. Why she refuses to make the copies is beyond me, that to my understanding, policy states that she is suppose to if I am in the process of filing a lawsuit. But maybe things have changed.

Dated: November 22, 2013

respectfully Submitted
s/ James Fleming
Pro Se Plaintiff
James A. Fleming #150479
Kirkland Correctional Institution
M S U
4344 Broad River Road
Columbia, South Carolina 29210