# U.S. Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: James A. Fleming #150479 | COURT CASE NUMBER: 9:13-CV-3377-DCN-BM |
| DEFENDANT: Medical Nurse, et Al | TYPE OF PROCESS: Civil |

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: L. Williams

**AT** — ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 4444 Broad River Rd. Columbia SC 29210

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

James A. Fleming #150479
K C I  M S U
4344 Broad River Rd
Columbia S.C. 29210

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 6
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

L. Williams is an officer for the SCDC

RECEIVED 2014 FEB 21 PM 12:42 UNITED STATES MARSHALS COLUMBIA, SC

Signature of Attorney or other Originator requesting service on behalf of: James Fleming
☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: N/A
DATE: 11/22/13

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 71
District to Serve No. 71
Signature of Authorized USMS Deputy or Clerk: Brenda Strickland
Date: 2/21/14

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Cm Kellett

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 2/26/14
Time: 1000 am
Signature of U.S. Marshal or Deputy:

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 65.00 | -0- | | 65.00 | | | |

REMARKS:
1 hr @ 65 = 65.00
mileage on #4

I Declare Under Penalty Of Perjury That The Foregoing Is True And Correct

Brenda Strickland

PRIOR EDITIONS MAY BE USED — **1. CLERK OF THE COURT** — FORM USM-285 (Rev. 12/15/80) (Instructions Rev. 12/08)

U.S. Department of Justice
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: James A Fleming #150479 | COURT CASE NUMBER: 9:13-CV-3577-DCN-BM |
| DEFENDANT: ~~E. Tyler, et al~~ Medical Nurse et al | TYPE OF PROCESS: Civil |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
→ E. Tyler

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
4444 Broad River Rd. Columbia S.C. 29210

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

James A. Fleming #150479
K C I   M S U
4344 Broad River Rd.
Columbia SC 29210

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 6 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

E. Tyler is an officer for the SCDC

RECEIVED 2014 FEB 21 PM 12: [?] UNITED STATES MARSHALS COLUMBIA, SC

Signature of Attorney or other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
James Fleming
TELEPHONE NUMBER: N/A
DATE: 11/22/13

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process: 1 | District of Origin No. 71 | District to Serve No. 71 | Signature of Authorized USMS Deputy or Clerk: Brenda Strickland | Date: 2/21/14 |

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): cm Kellett

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 2/26/14   Time: 1000 am

Signature of U.S. Marshal or Deputy:

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 65.00 | 1.02 | | 66.02 | | | |

REMARKS:
1 hr @ 65 = 65.00
20 miles @ .56 = 11.20/11 = 1.02

I Declare Under Penalty Of Perjury That The Foregoing Is True And Correct

Brenda Strickland

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) (Instructions Rev. 12/08) |

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| James A. Fleming | 9:13-CV-3377-DCN-BM |
| DEFENDANT | TYPE OF PROCESS |
| Bernard McKie Medical Nurse et al | Civil |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Bernard McKie

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
4444 Broad River Rd Columbia S.C. 29210

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

James A. Fleming 150479
K C I   M S U
4344 Broad River Rd.
Columbia, S.C. 29210

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 6 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Bernard McKie is a Warden at K C I for SC DC

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
James Fleming

TELEPHONE NUMBER: N/A
DATE: 11/22/13

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 71 | District to Serve No. 71 | Signature of Authorized USMS Deputy or Clerk Brenda Strickland | Date 2/21/14 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Cm Kellett

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 2/26/14
Time: 1000 am

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 65.00 | 1.02 | | 66.02 | | | |

REMARKS:
1 hr @ $65 = $65.00
mileage on #4

I Declare Under Penalty Of Perjury That The Foregoing Is True And Correct

Brenda Strickland

PRIOR EDITIONS MAY BE USED        **1. CLERK OF THE COURT**        FORM USM-285 (Rev. 12/15/80)
(Instructions Rev. 12/08)

# PROCESS RECEIPT AND RETURN
U.S. Department of Justice
United States Marshals Service

See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| James A. Fleming 150479  RECEIVED | 9:13-CV-3377-DCN-BM |
| DEFENDANT  Medical Nurse et al  Robert Ward et al  2014 FEB 21  PM 12:42 | TYPE OF PROCESS Civil |

**SERVE**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Robert Ward
UNITED STATES MARSHALS COLUMBIA, SC

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
4444 Broad River Rd Columbia SC 29210

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

James A. Fleming #150479
K C I  M S U
4344 Broad River Rd.
Columbia, S.C. 29210

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 6 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Robert Ward / was the acting director of the SCDC

| Signature of Attorney or other Originator requesting service on behalf of: James Fleming | ☑ PLAINTIFF  ☐ DEFENDANT | TELEPHONE NUMBER N/A | DATE 11/22/13 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 71 | District to Serve No. 71 | Signature of Authorized USMS Deputy or Clerk  Brenda Strickland | Date 2/21/14 |
|---|---|---|---|---|---|

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):  Cpl Kellett

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service 2/26/14    Time 1000 ☑ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee 65.00 | Total Mileage Charges (including endeavors) -0- | Forwarding Fee | Total Charges 65.00 | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:
1 hr @ $65 = 65.00
mileage on #4

I Declare Under Penalty Of Perjury That The Foregoing Is True And Correct

Brenda Strickland

PRIOR EDITIONS MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)
(Instructions Rev. 12/08)