UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Fleming, James A. #150479, <br><br>            Plaintiff, <br><br> v. <br><br> Medical Nurse, SCDC, William Brown, Ofc L. Williams, Ofc. E. Tyler, Bernard McKie, Warden and Robert Ward, acting Director, in their individual and official capacities, <br><br>            Defendants. | C/A NO.: 9:13-3377-DCN-BM <br><br><br><br> **CERTIFICATE OF SERVICE** |

    This is to certify that I, Damon C. Wlodarczyk, an employee with the law firm of Riley Pope & Laney, LLC, have this day caused to be re-served upon the person named below the attached **Defendant Medical Nurse's Motion** in the above-captioned matter via United States mail, first-class postage prepaid, to the following:

**James A. Fleming #150479**
**Kirkland Correctional Institution**
**4344 Broad River Road**
**Columbia, SC 29210**

                                                            s/Damon C. Wlodarczyk
                                                             Damon C. Wlodarczyk

Columbia, South Carolina
April 22, 2014