UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Fleming, James A. #150479, | C/A NO.: 9:13-3377-DCN-BM |
| Plaintiff, | |
| v. | |
| Medical Nurse, SCDC, William Brown, Ofc L. Williams, Ofc. E. Tyler, Bernard McKie, Warden and Robert Ward, acting Director, in their individual and official capacities, | **CERTIFICATE OF SERVICE** |
| Defendants. | |

This is to certify that I, Damon C. Wlodarczyk, an employee with the law firm of Riley Pope & Laney, LLC, have this day caused to be **re-served** upon the person named below the attached **Answer** in the above-captioned matter via United States mail, first-class postage prepaid, to the following:

**James A. Fleming #150479**
**Kirkland Correctional Institution**
**4344 Broad River Road**
**Columbia, SC 29210**

The Answer was originally served on April 9, 2014, but Plaintiff has notified the Court he did not receive the Answer.

s/Damon C. Wlodarczyk
Damon C. Wlodarczyk

Columbia, South Carolina
May 23, 2014