July 16, 2014

Dear Riley Pope & Laney, LLC. Attorney and Counselors at Law.

On June 4th, 2014, I mailed you Plaintiff's First Request For Production of Documents, and Plaintiff's First set of Interrogatories to Defendant, Medical Nurse et al case No. 9:13-3377-DCN-BM, but I have yet, of this date July 16, 2014, to received a response for either request.

Your response to these requests as soon as possible will be greatly appreciated.

Sincerely, James A. Fleming
James A. Fleming #150479
K C I   M S U
4344 Broad River Rd.
Columbia, S.C. 29210